**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| SANDRA MUNOZ; LUIS ERNESTO ASENCIO-CORDERO, | No. 21-55365 |
| *Plaintiffs-Appellants*, | D.C. No. 2:17-cv-00037-AS |
| v. | |
| UNITED STATES DEPARTMENT OF STATE; ANTONY J. BLINKEN, United States Secretary of State; BRENDAN O'BRIEN, United States Consul General, San Salvador, El Salvador, | ORDER |
| *Defendants-Appellees*. | |

On Remand from the United States Supreme Court

Filed October 14, 2025

Before: Mary M. Schroeder, Kermit V. Lipez,[*] and Kenneth K. Lee, Circuit Judges.

---

[*] The Honorable Kermit V. Lipez, United States Circuit Judge for the First Circuit, sitting by designation.

## COUNSEL

Eric T. Lee (argued), Diamante Law Group APLC, Southfield, Michigan; Alan R. Diamante, Diamante Law Group APLC, Los Angeles, California; for Plaintiffs-Appellants.

Joshua S. Press (argued), Senior Litigation Counsel; Michael A. Celone and Nicole N. Murley, Attorneys; William C. Silvis, Assistant Director; William C. Peachey, Director; Office of Immigration Litigation; Brian M. Boynton, Principal Deputy Assistant Attorney General; Civil Division, United States Department of Justice, Washington, D.C.; for Defendants-Appellees.

## ORDER

Upon remand from the United States Supreme Court, *Dep't of State v. Munoz*, 602 U.S. 899 (2024), we affirm the district court's grant of summary judgment to Defendants-Appellees. This order shall constitute the mandate of the court.